IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-CR-30150-SPM-1 |
| REGINALD L. BECK, | |
| Defendant. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Reginald L. Beck's *pro se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines Manual, making Amendment 821 retroactive (Doc. 54). Federal Public Defender Kim C. Freter filed a motion to withdraw advising that Beck was not eligible for a sentence reduction. (Doc. 58). Beck did not respond.

Upon review of the record, this Court finds that the U.S. Sentencing Commission did not make any of the 2024 Amendments retroactive, making Beck's argument for a retroactive reduction under those amendments using 18 U.S.C. §3582(c)(2) meritless.

Accordingly, Federal Public Defender Kim C. Freter's Motion to Withdraw (Doc. 58) is **GRANTED** and Beck's *pro se* Motion for Sentence Reduction pursuant to Amendment 821 (Doc. 54) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  December 29, 2024**

                                        **s/ *Stephen P. McGlynn***
                                        **STEPHEN P. McGLYNN**
                                        **U.S. District Judge**